DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID GOLDSTEIN** and **MARC EVAN GOLDSTEIN,**
as Co-Personal Representatives of the Estate of **BARBARA KIMMEL,**
Appellants,

v.

**DELRAY OPERATOR, LLC, DELRAY HOLDINGS, LLC,
ELEGANCE EMPLOYER - DELRAY, LLC, MILESTONE RETIREMENT
COMMUNITIES, LLC, DELRAY REAL ESTATE, LLC, CAPITAL HEALTH
GROUP MANAGEMENT, LLC, CAPITAL FUNDING GROUP, INC,
KENNETH ASSIRAN, JOHN W. DWYER,** and **SUSAN MARIE O'DELL
SMITH** (as to **SYMPHONY AT DELRAY BEACH**),
Appellees.

No. 4D2023-3047

[May 16, 2024]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Reid P. Scott, Judge; L.T. Case No. 502021CA001292.

Lisa M. Tanaka and Michael K. Beck of Wilkes & Associates, P.A., Tampa, for appellants.

Kathryn Dunnam Harden, John D. Heffling and Jodi G. Barrett of Hall Booth Smith, P.C., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and GERBER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***